**Motion Granted; Dismissed and Memorandum Opinion filed May 29, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00025-CV

---

### FIREMAN'S FUND INSURANCE COMPANY, Appellant

### V.

### TRIYAR COMPANIES, LLC, TRIYAR COMPANIES, INC FKA TRIYAR COMPANIES, LLC, SJM REALTY, LTD., AND GPM HOUSTON PROPERTIES, LTD, Appellees

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2010-47654A**

---

## M E M O R A N D U M   O P I N I O N

In this appeal, Fireman's Fund Insurance Company, appellant, appeals from the trial court's order signed September 13, 2013, dismissing its counterclaim and cross-action in the severed case docketed under trial court cause number 2010-47654A. On May 22, 2014, appellant filed a motion to dismiss this appeal. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed. The related appeal from the judgment in the main case, docketed under appellate case number 14-14-00160-CV and styled *Triyar Companies, LLC, Triyar Companies, Inc. fka Triyar Companies, LLC, SJM Realty, Ltd., and GPM Houston Properties, Ltd v. Fireman's Fund Insurance Company,* remains pending before the Court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.